UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                              )
ANTOLIN JACOB REIBER              )          CASE NO: 18-00335-JMC-13
    DEBTOR(S)                              )

## MOTION FOR RELIEF FROM JUDGMENT DISMISSING CASE

Comes now the Debtor(s), Antolin J. Reiber ("Debtors"), by counsel, John T. McManus, and moves the Court to reconsider the order of dismissal and request that the Court reinstate the above titled Chapter 13 bankruptcy case and in support of this motion states as follows:

1. That Debtor filed this emergency bankruptcy on January 18, 2018.

2. A deficiency notice for incomplete filing was issued on January 19, 2018, requiring that all documents be filed by February 1, 2018.

3. That due to a calendaring error the documents were not filed.

4. That the court dismissed this case on February 5, 2018.

5. That Counsel has completed the majority of the documents but is waiting for information from Debtor's non-filing spouse to complete Form 122.

6. That Debtor is filing a motion for an extension of time to file the required documents with this motion for relief from judgment.

WHEREFORE, the Debtor requests that this case be reinstated without a hearing, and that the court enter an order reinstating the case.

Date: February 8, 2018                /s/John T. McManus, 20630-49
                                      Counsel for Debtor
                                      11650 Lantern Road, #117
                                      Fishers, IN 46038
                                      (317) 841-0315

## Certificate of Service

I certify that a copy of the foregoing was served upon the following by ECF this 8th day of February, 2018.

U.S. Trustee
Chapter 13 Trustee

/s/John T. McManus
Attorney for Debtor
11650 Lantern Road, #117
Fishers, IN 46038
(317) 841-0315